I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/14/2010

DEPUTY CLERK

JS 6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL K. HIDER,<br><br>          Petitioner,<br><br>vs.<br><br>J. WALKER,<br><br>          Respondent. | Case No. CV 07-7119-DDP (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 12, 2010

_/s/ Dean D. Pregerson_
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY